UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                18-cr-143 (JGK)

    - against -                         ORDER

LACHRIS ALLMOND,

        Defendant.

---

**JOHN G. KOELTL, District Judge:**

The proceeding scheduled for today, October 7, 2020, at 2:30 pm is adjourned until Friday, October 9, 2020 at 9:30 am. The conference will proceed via telephone, (888) 363-4749, with access code: 8140049.

SO ORDERED.

Dated:    New York, New York
           October 7, 2020

                                              John G. Koeltl
                                       United States District Judge