# Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

October 8, 2020

Hon. John G. Koeltl
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Lachris Allmond
18 Cr. 143 (JGK)

Dear Judge Koeltl:

I am counsel for Lachris Allmond, who is charged with violations of supervised release and is scheduled to be arraigned on October 9, 2020. Because Mr. Allmond is currently detained in a jail in New Jersey and cannot be produced tomorrow, I respectfully request that the arraignment be adjourned to October 20, 2020.

Assistant United States Attorney Michael Krouse informs me that he consents to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

*Application granted.*
*Arraignment adjourned to*
*10/20/20 at 10:30 A.M.*
*So ordered.*
*10/8/20 [signature] John G. Koeltl*
*U.S.D.J.*