**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

       **- against -**               **18 Cr. 143 (JGK)**

**LACHRIS ALLMOND**               **ORDER**

              **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

The conference scheduled for December 17, 2020 is adjourned to April 9, 2021 at 2:30 p.m.

      **SO ORDERED.**

**Dated:**     **New York, New York**
           **December 16, 2020**      _____/s/ John G. Koeltl_____
                                    **John G. Koeltl**
                          **United States District Judge**