March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

LACHRIS ALLMOND,

        Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

18-CR-143   (JGK) ( )

Defendant <u>LACHRIS ALLMOND</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_\_   Initial Appearance/Appointment of Counsel

_X_   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_   Preliminary Hearing on Felony Complaint

\_\_\_\_   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

\_\_\_\_   Plea/Trial/Sentence


_Lachris Allmond by DY_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

LACHRIS ALLMOND
Print Defendant's Name

_Donald Yannella_
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

March 23, 2021
Date

/s/ John G. Koeltl
U.S. District Judge/U.S. Magistrate Judge