March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

LACHRIS ALLMOND,

                     Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

18-CR-143     (JGK) ( )

Defendant <u>LACHRIS ALLMOND</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_  Initial Appearance/Appointment of Counsel

\_\_\_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_  Preliminary Hearing on Felony Complaint

\_\_\_  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

\_\_\_  Plea/Trial/Sentence

_lachris Allmond by attorney DY_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

LACHRIS ALLMOND
Print Defendant's Name

_/s/ Donald Yannella_
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

May 10, 2021
Date

/s/ John G. Koeltl
U.S. District Judge