March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

LACHRIS ALLMOND,
                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

18-CR-143   (JGK) ( )

Defendant LACHRIS ALLMOND hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_Lachris Allmond by attorney DY_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

LACHRIS ALLMOND
Print Defendant's Name

_Donald Yannella_
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

8/9/2021
Date

U.S. District Judge/~~U.S. Magistrate Judge~~