UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                                      18 cr 143 (JGK)

LACHRIS ALLMOND,                                        **ORDER**
                             Defendant.
------------------------------------------------------------X

        The Court, having held a conference, today, on the violation of supervised release for Lachris Allmond, directs the parties to appear for another conference on **Monday, December 13, 2021, at 12:00pm.**

**SO ORDERED.**

                                                                                         **JOHN G. KOELTL**
                                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 6, 2021