March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

LACHRIS ALLMOND,

               Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

18-CR-143     (JGK) ( )

Defendant <u>LACHRIS ALLMOND</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Plea/Trial/Sentence

*Lachris Allmond by attorney DY*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

LACHRIS ALLMOND
Print Defendant's Name

*[signature]*
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/6/2021
Date

*[signature]*
U.S. District Judge/~~U.S. Magistrate Judge~~