March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

LACHRIS ALLMOND,

                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

18-CR-143    (JGK) ( )

Defendant <u>LACHRIS ALLMOND</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_\_  Initial Appearance/Appointment of Counsel

\_\_\_\_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_  Preliminary Hearing on Felony Complaint

\_\_\_\_  Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

\_\_\_\_  Plea/Trial/Sentence


*Lachris Allmond by attorney DY*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

LACHRIS ALLMOND
Print Defendant's Name

*[signature]*
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

1/31/2022
Date

*[signature]*
U.S. District Judge/U.S. Magistrate Judge