UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

LACHRIS ALLMOND,

              Defendant.

18-CR-143 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

    The parties are directed to appear for another conference, by phone, on May 26, 2022, at 9:30 a.m. Dial-in: (888) 363-4749, with access code 8140049.

    SO ORDERED.

Dated: March 29, 2022
       New York, New York

                                             John G. Koeltl
                                    United States District Judge