March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

LACHRIS ALLMOND,
                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

18-CR-143    (JGK) ( )

Defendant <u>LACHRIS ALLMOND</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- \_\_\_\_ Initial Appearance/Appointment of Counsel

- **x** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- \_\_\_\_ Preliminary Hearing on Felony Complaint

- \_\_\_\_ Bail/Revocation/Detention Hearing

- **X** Status and/or Scheduling Conference

- **x** Plea/Trial/Sentence

_Lachris Allmond by attorney DY_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

LACHRIS ALLMOND
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

5/26/2022
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge